UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LEE McNAIR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ROBERT A. EVAN, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 4:12-CV-69-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for leave to proceed *in forma pauperis* and motion for entry of default.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 4, 2012, and for the reasons set forth more specifically therein, that plaintiff's action is DISMISSED without prejudice as frivolous and as precluded by the pre-filing injunction. All outstanding motions are DENIED as moot. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 11, 2012, and Copies To:**
Anthony Lee McNair (via U.S. Mail) 207 Manhattance Avenue, Greenville, NC 27834


July 11, 2012                JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk